UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 18 CR 696 |
| v. ) | |
| ) | Honorable M. David Weisman |
| ASHRAF AL SAFOO ) | |

**GOVERNMENT'S NOTICE OF INTENT TO USE**
**FOREIGN INTELLIGENCE SURVEILLANCE ACT INFORMATION**

The UNITED STATES OF AMERICA, by and through its attorney, JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, hereby provides notice to defendant Ashraf Al Safoo and to the Court that, pursuant to Title 50, United States Code, Section 1806(c) and 1825(d), the United States intends to offer into evidence, or otherwise use or disclose in any proceedings in this matter, information obtained and derived from electronic surveillance and physical search conducted pursuant to the Foreign Intelligence Surveillance Act of 1978 ("FISA"), as amended, 50 U.S.C. §§ 1801-1812 and 1821-1829.

        Respectfully submitted,

        JOHN R. LAUSCH, JR.
        United States Attorney

By:    */s/ Barry Jonas*
        Barry Jonas
        Vikas Didwania
        Melody Wells
        Assistant United States Attorneys
        219 South Dearborn Street, Room 500
        Chicago, Illinois 60604
        (312) 353-5300

DATE: October 23, 2018