UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> v. <br><br> ASHRAF AL SAFOO | No. 18 CR 696 <br><br> Judge Robert Blakey |

**GOVERNMENT'S UNOPPOSED MOTION FOR ENTRY OF
PROTECTIVE ORDER GOVERNING SENSITIVE DISCOVERY**

Pursuant to Fed. R. Crim. P. 16(d), the United States of America, by JOHN R. LAUSCH, Jr., United States Attorney for the Northern District of Illinois, files its unopposed motion for the entry of a protective order regarding sensitive discovery material, and in support thereof states as follows:

1. The indictment in this case charges defendant with conspiracy to provide material support to a foreign terrorist organization, in violation of Title 18, United States Code, Section 2339B(a)(1).

2. The discovery to be provided by the government in this case includes sensitive information, whose unrestricted dissemination could adversely affect national security, law enforcement interests and the privacy interests of third parties.

3. The government has discussed the proposed protective order with counsel for defendant, who do not oppose the entry of the proposed order.

WHEREFORE, the government respectfully moves this Court to enter the proposed protective order regarding sensitive discovery material.

        Respectfully submitted,

        JOHN R. LAUSCH, Jr.
        United States Attorney

By:   /s/ *Barry Jonas*
        BARRY JONAS
        VIKAS DIDWANIA
        MELODY WELLS
        PETER SALIB
        Assistant U.S. Attorneys
        219 South Dearborn St., Rm. 500
        Chicago, Illinois 60604
        (312) 353-5300

Dated: January 14, 2019