IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 18 CR 696 |
| | ) | Judge John Robert Blakey |
| ASHRAF AL SAFOO, | ) | |
| | ) | |
| Defendant. | ) | |

## AGREED ORDER

This cause, coming to be considered on Defendant Ashraf Al Safoo's oral and unopposed request to be permitted to contact his attorneys through the email services provided to detainees at the Metropolitan Correctional Center in Chicago, Illinois, and with all parties having been duly advised,

IT IS HEREBY ORDERED:

By agreement of the parties, the Metropolitan Correctional Center in Chicago, Illinois is ordered to permit Defendant Ashraf Al Safoo to communicate (*i.e.*, send and receive emails) with his attorneys, Thomas Anthony Durkin and Joshua G. Herman, through the email services that are currently provided to detainees at said facility.

Dated: March 21, 2019

Entered:

_____
John Robert Blakey
United States District Judge