

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information in CM/ECF. Click HERE for update instructions.

---

Name   Joshua G. Herman

Firm   Law Office of Joshua G. Herman

Street Address   53 West Jackson Blvd., Suite 457

City/State/Zip Code   Chicago, Illinois 60604

Phone Number   312-909-0434

Email address   jherman@joshhermanlaw.com

ARDC (Illinois State Bar members, only)   6283074

If you have previously filed an appearance with this court using a different name, enter that name.
N/A

List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
| --- | --- | --- |
| 12 CR 723 | U.S. v. Daoud | Coleman |
| 13 CR 703 | U.S. v. Daoud | Coleman |
| 15 CR 487 | U.S. v. Daoud | Coleman |
| 16 CR 181 | U.S. v. Al Jayab | Ellis |
| 15 CR 715 | U.S. v. Avellanosa | Wood |
| 18 CR 510 | U.S. v. Contreras | Durkin |

_____
Signature of Attorney

April 1, 2019
Date

Rev. 01272016

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 17 CR 103 | U.S. v. Ferguson | Coleman |
| 18 CR 849 | U.S. v. Garrett | Wood |
| 18 CR 482 | U.S. v. Harvey | Kendall |
| 18 CR 122 | U.S. v. Houck | Wood |
| 18 CR 458 | U.S. v. Johnson | Durkin |
| 16 CV 06869 | Love v. Nicholson | Lefkow |
| 15 CR 485 | U.S. v. Valencia | Kendall |
| 17 CR 366 | U.S. v. Varma | Wood |
| 18 CR 696 | U.S. v. Al Safoo | Blakey |
| 18 CV 04598 | U.S. v. Ahmed | Dow, Jr. |
| 07 CR 834 | U.S. v. Ahmed | Blakey |
| 17 CR 166 | U.S. v. Stanton | Dow, Jr. |

_____  
Signature of Attorney

April 1, 2019  
Date