Order Form (01/2005)

15-GJ-00225

# United States District Court, Northern District of Illinois

**MAGISTRATE JUDGE WEISMAN**

| Name of Assigned Judge or Magistrate Judge | JUDGE BLAKEY | Sitting Judge if Other than Assigned Judge | Jeffrey I. Cummings |
|---|---|---|---|
| **CASE NUMBER** | 18-CR-00696 | **DATE** | MARCH 12, 2020 |
| **CASE TITLE** | U.S. v. ASHRAF AL SAFOO | | 18CR 696 |

**DOCKET ENTRY TEXT**

### Grand Jury Proceeding

The Grand Jury for ___SPECIAL MAY 2019___ the Session, a quorum being present, returns the above-entitled indictment in open Court this date before

Judge or Magistrate Judge _____

DETENTION ORDER PREVIOUSLY ISSUED IN 18-CR-00696 TO STAND.



**FILED**

MAR 1 2 2020

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE _____  (ONLY IF FILED
or MAGISTRATE JUDGE                              UNDER SEAL)

Courtroom Deputy Initials: 

Page 1 of 1