UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    v.<br><br>ASHRAF AL SAFOO<br>    a/k/a Abu Al'-Abbas Al-Iraqi,<br>    a/k/a Abu Shanab,<br>    a/k/a Abbusi | No.    18 CR 696<br><br>Hon. John Robert Blakey |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Tuesday, March 24, 2020 at 2:00 p.m., or as soon thereafter as counsel may be heard, I will appear before the Honorable John Robert Blakey in the courtroom usually occupied by him in the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, or before such other judge who may be sitting in his place and stead, and then and there present the **Government's Motion to Take Deposition Pursuant to Rule 15 of the Federal Rules of Criminal Procedure** in the above-captioned case, at which time and place you may appear if you see fit.

                                                        Respectfully submitted,

                                                        JOHN R. LAUSCH, JR.
                                                        United States Attorney

                    By:    /s/ *Barry Jonas*
                            BARRY JONAS
                            MELODY WELLS
                            PETER SALIB
                            Assistant United States Attorney
                            219 South Dearborn, Fifth Floor
                            Chicago, Illinois 60604

Dated: March 13, 2020