

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**Thomas G. Bruton** 312-435-5670
Clerk

Date: 3/23/2021 Case Number: 18-cr-696

Case Title: USA v. Safoo Judge: Blakey

# DIGITAL EXHIBIT INFORMATION FORM - PUBLIC

Filing Party: USA

Exhibit is linked to entry: 267

**NOTE**: This form is for Non-Sealed Documents only. For instructions regarding Sealed Documents, please see Local Rule 26.2.

If you wish to download a digital exhibit, please send your request to the Certified Copy Desk (CCD) inbox at CCD_ILND@ilnd.uscourts.gov. You will be provided with an invoice and charged according to the Fee Schedule. Once your payment has been processed, you will receive a URL via email to download the exhibit.

Thomas G. Bruton, Clerk

By: /s/ Michael Pease
      Deputy Clerk

Rev. 1/8/2021