IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 18 CR 696 |
| ) | Judge John Robert Blakey |
| ASHRAF AL SAFOO, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S FIRST AMENDMENT JURY INSTRUCTION**

Defendant, **ASHRAF AL SAFOO**, by and through his attorneys, **THOMAS ANTHONY DURKIN** and **JOSHUA G. HERMAN**, hereby submits a proposed First Amendment jury instruction to supplement the proposed agreed jury instructions submitted with the parties' Joint Pretrial Memorandum that was filed on today's date. (Dkt. #302-2). The attached proposed jury instruction is identical to the instruction recently given by Judge Robert W. Gettleman in *United States v. Osadzinski*, 19 CR 869.

Respectfully submitted,

/s/ Thomas Anthony Durkin
**THOMAS ANTHONY DURKIN,**

/s/ Joshua G. Herman
**JOSHUA G. HERMAN**
*Attorneys for Defendant.*

**DURKIN & ROBERTS**
The Rookery Building
209 S. LaSalle St., Suite 950
Chicago, IL 60604
tdurkin@durkinroberts.com

**LAW OFFICE OF JOSHUA G. HERMAN**
53 W. Jackson Blvd., Suite 404
Chicago, IL 60614
jherman@joshhermanlaw.com

1

## **CERTIFICATE OF SERVICE**

    Joshua G. Herman, Attorney at Law, hereby certifies that the foregoing was served on November 1, 2021, in accordance with Fed.R.Crim.P.49, Fed.R.Civ.P.5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

                                            /s/ Joshua G. Herman  
                                            53 W. Jackson Blvd., Suite 404  
                                            Chicago, IL 60614  
                                            (312) 909-0434  
                                            jherman@joshhermanlaw.com