The First Amendment to the United States Constitution provides:

> Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for redress of grievances.

Title 18, United States Code, Section 2339(B)(i), the statute under which Defendant is charged in the indictment, provides:

> Nothing in this section shall be construed or applied as to abridge the exercise of rights guaranteed under the First Amendment to the Constitution of the United States.

Advocacy that is done independently of the terrorist organization and not at its direction or in coordination with it does not violate the statute. Advocacy performed in coordination with, or at the direction of, ISIS is not shielded by the First Amendment.

*United States v. Osadzinski*, 19 CR 869, Dkt. #152, p. 25.