SM

**FILED**

APR 01 2022

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Ashraf Al Safoo
Fed. Reg. No. 53488-424
Metropolitan Correctional Center
71 W. Van Buren St.
Chicago, IL 60605

March 28, 2022

Hon. John Blakey
United States District Court
For the Northern District of Illinois
219 S. Dearborn St.
Chicago, IL 60604

Re: United States v. Safoo, 18 CR 696

Dear Judge Blakey,

    After unsuccessfully attempting to retain counsel to replace attorney Thomas Durkin, I request that due to financial difficulty, the Court appoint me representation pursuant to the Criminal Justice Act.

    My case is allegedly linked to terrorist organizations and I intend to proceed to trial to prove my innocence. However, in such a high profile type case it is important to have a trial attorney used to proficient and experienced trial techniques. Therefore, I request this Honorable Court please appoint me an attorney with the proper trial background so that I am not prejudiced in this case.

    Thank you for allowing me this opportunity.

Respectfully submitted,

_Ashraf Safoo_

Ashraf Al Safoo
Defendant

## CERTIFICATE OF SERVICE

I, Ashraf Al Safoo, certify that on March 28, 2022, I deposited a letter in the MCC Chicago Legal Mail System, first class postage prepaid, concerning the appointment of counsel pursuant to the Criminal Justice Act, and addressed to the Hon. Thomas Brutton, Clerk of the U.S. District Court for the Northern District of Illinois, 219 S. Dearborn Street, Chicago, IL 60604.

Respectfully submitted,

*[signature]*

Ashraf Al Safoo

SM

FILED

APR 01 2022 

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No. 18 CR 696 |
| ) | HON. JOHN BLAKEY |
| ) | District Court Judge |
| ASHRAF AL SAFOO, ) | |
| Defendant. ) | |

NOTICE OF FILING

PLEASE TAKE NOTICE that Defendant Ashraf Al Safoo hereby files a letter to Judge John Blakey requesting appointment of counsel pursuant to the Criminal Justice Act.

Respectfully submitted,

Ashraf Al Safoo #53488-424
Defendant
Metropolitan Correctional Center
71 W. Van Buren St.
Chicago, IL 60605

Ashraf Al Safoo
Fed. Reg. No. <u>53488-424</u>
Metropolitan Correctional Center
71 W. Van Buren St.
Chicago, IL 60605

<u>LEGAL MAIL</u>

04/01/2022-14

S SUBURBAN IL 604

29 MAR 2022 PM 4 L

Hon. John Blakey
United States District Court
Northern District of Illinois
219 S. Dearborn St.
Chicago, IL 60604

60604-180099



**METROPOLITAN CORRECTIONAL CENTER**
71 W VAN BUREN ST, CHICAGO IL 606005

The enclosed letter was processed through special mailing procedures for forwarding to you. This letter has neither been opened nor inspected.

MAR 2 9 2022

If the sender raises a question or problem over which this facility has jurisdiction, you may wish to return the ma... ...nt of information, or clarification, if the sender encloses correspondence for forwarding to another addressee, please return the enclosure... ...address.