# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

UNITED STATES OF AMERICA

                                  Plaintiff,

v.                                                 Case No.: 1:18−cr−00696
                                                             Honorable John Robert Blakey

Ashraf Al Safoo

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 11, 2023:

      MINUTE entry before the Honorable John Robert Blakey: Telephonic status hearing held on 1/11/2023. Defendant Ashraf Al Safoo (1) in custody present via telephone with the assistance of defense counsel. Defendant's motion for disclosure of favorable evidence (renewed) [338] is granted as agreed. Defendant's motions for bill of particulars [339], to dismiss Counts 4,6,8 and 10 [340] and to dismiss counts 5,7,9 and 11 [341] are briefed as follows: response shall be filed on or before 3/3/2023; reply shall be filed on or before 4/3/2023. In person motion hearing set by agreement for 4/18/2023 at 1:00 p.m. in Courtroom 1203. The Court will make Mr. Al Safoo present in person for the next hearing. Time previously excluded to 2/5/2024. Mailed notice (gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.