United States District Court
Northern District of Illinois
Eastern Division

| | |
|---|---|
| United States of America | |
| Plaintiff, | |
| v. | No. 1:18-cr-696 |
| Ashraf al-Safoo, | Judge John R. Blakey |
| Defendant. | |

## Status Report

Counsel for Defendant Ashraf al-Safoo provides this status report directed by the Court in the Order entered on August 16, 2024. *See* Dkt. 399.

In its August 16 Order, the Court directed undersigned counsel to apply for security clearance and notify the court regarding clearance. The clearance issue has been resolved in the manner anticipated by the parties in the August 15 hearing, and undersigned counsel does not expect that the issue will require any changes to the trial date currently set for Mr. Safoo. Based on the government's representations, it appears that Mr. Finke is able to review all of the discovery that has been produced by the government thus far in this case.

If the status of the issue changes such that it may affect the schedule set by the Court or any other aspect of the proceedings in a material way, undersigned counsel will notify the Court as soon as possible. In addition, counsel regrets the oversight that led to the delay of this status report and will make every effort to provide a prompt response to any future request of the Court.

Respectfully Submitted,
\*
/s/ Andrew D. Finke
Attorney for Ashraf al-Safoo

Andrew D. Finke
BLAINE & VANZANT, LLP
922 Davis Street
Evanston, Illinois 60201
Tel.: (312) 788-7584
E-mail: adf@blainevanzant.com