UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ASHRAF AL SAFOO,<br>　a/k/a Abu Al'-Abbas Al-Iraqi,<br>　a/k/a Abu Shanab,<br>　a/k/a Abbusi | No.　18 CR 696<br><br>Hon. John Robert Blakey |

## AMENDED PRE-TRIAL MEMORANDUM

The United States of America, by and through its attorney, ANDREW S. BOUTROS, United States Attorney for the Northern District of Illinois, and defendant ASHRAF AL SAFOO, through his attorneys JAMES VAN ZANT and HOLLY BLAINE, as follows hereby respectfully submits the Pre-Trial Memorandum.

1.　Trial Attorneys

The government will be represented by Assistant United States Attorneys Barry Jonas, Melody Wells, and Tom Peabody.

The defendant will be represented by James VanZant and Holly Blaine.

2.　Case Statement

Defendant Ashraf al Safoo has been charged with: conspiracy to provide material support, specifically services, to the foreign terrorist organization ISIS through his participation in the Khattab Media Foundation; conspiracy to knowingly and willfully transmit threats in interstate commerce; conspiracy to access a protected computer without authorization; accessing a protected computer without authorization; providing material support in the form of services to ISIS through

accessing a protected computer; and providing material support to ISIS, specifically money. The defendant has pleaded not guilty to the charges.

    3.    <u>Trial Length</u>

The parties anticipate the trial lasting approximately two weeks.

    4.    <u>Agreed Exhibits and Factual Stipulations</u>

The government anticipates presenting, in an organized manner, a large volume of exhibits. At present, the parties have not agreed to any stipulations. However, the parties anticipate reaching stipulations on the accuracy of translations, including exhibits translated from Arabic, French, Turkish and Spanish. The parties are continuing to discuss additional stipulations, and the defense team is reviewing the government's exhibits to determine if any exhibits can be admitted without objection. The defense team will confirm its position on the remaining exhibits and proposed stipulations at the pretrial conference on Friday, May 16, 2025.

<u>Witnesses</u>

The government anticipates calling the following witnesses: [1]

1) Matthew Levitt – expert witness

2) FBI Online Covert Employee ("OCE")

3) Yasir al Anzi (via Rule 15 deposition)

4) Allen Filush – Microsoft

5) Austin Varga – FBI Special Agent

6) Briahna Winter – FBI Special Agent

---

[1] If the parties agree to stipulations, the government may modify its witness list.

7) Ryan Wherfel – FBI Special Agent

8) Thomas Fridolfsson – Government of Sweden

9) Ryan Rainey or other representatives from the Regional Computer Forensic Lab

10) Reed Polzin – FBI Special Agent

11) Tyler Treml – Expert Witness

12) Nick Pickles – X (f/k/aTwitter)

13) Frank Esha – FBI Arabic linguist

14) Juan De La Cruz – FBI Spanish linguist

15) Mike Sellemi – FBI French linguist

16) Cengiz Aksan – FBI Turkish linguist

17) Mothafar Hawazen

5.    Exhibit List

Attached to this memorandum is the government's preliminary exhibit list. The government has provided the defendant with a marked set of exhibits and continues to update the exhibits as necessary. The government will provide a flash drive with the exhibits to the Court prior to opening statements.

6.    Pending Motions in Limine

There are no pending motions in limine.

7.    Jury Selection Questions

Not applicable.

3

8.　　Proposed Instructions

The parties propose the following jury instructions from the Seventh Circuit Pattern Instructions:[2]

4.09 Attempt

4.10 Definition of Knowingly

5.08(B) Conspiracy – No Overt Act Required (Count One)

5.08(A) Conspiracy – Overt Act Required (Counts Two & Three)

5.09 Conspiracy – Definition of Conspiracy (Counts One, Two & Three)

5.10 Conspiracy – Membership in Conspiracy (Counts One, Two & Three)

18 U.S.C. § 875(c) – Transmission of a Threat to Kidnap or Injure

Definition of "True Threat" – Seventh Circuit Pattern Jury Instructions at 333

18 U.S.C. § 1030(a)(2)(C) – Obtaining Information by Unauthorized Access of a Computer – Elements (Counts Four, Six, Eight & Ten)

18 U.S.C. § 1030(e)(1) – Definition of "Computer" (Counts Four, Six, Eight & Ten)

18 U.S.C. § 1030(e)(2) – Definition of "Protected Computer" (Counts Four, Six, Eight & Ten)

In addition to the proposed pattern jury instructions, the parties propose the attached instructions for Count One (conspiracy to provide material support to ISIS) and Counts Five, Seven, Nine, Eleven and Twelve (provision and attempted provision of material support to ISIS). Also, a proposed verdict form is attached.

---

[2] Because this is a bench trial, the parties have focused on the instructions that pertain to the elements of the offenses.

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By:    */s/Melody Wells*
       MELODY WELLS
       BARRY JONAS
       THOMAS P. PEABODY
       Assistant United States Attorneys
       219 South Dearborn Street, 5th Floor
       Chicago, Illinois 60604

Dated: May 13, 2025

5