## Appendix A — Tables and Charts

Table 1

| Guideline & SOC | 2020 | | 2021 | | 2022 | | 2023 | | 2024 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | N | % | N | % | N | % | N | % | N | % |
| §2M5.3 Providing Material Support/Resources to Designated Foreign Terrorist Organizations | 10 | - | 10 | - | 19 | - | 21 | - | 9 | - |
| **Chapter 2 Specific Offense Characteristic Adjustments** | | | | | | | | | | |
| (b)(1)(E) Offense involved the provisions of funds or other material support to commit a violent act (2 levels) | 6 | 60% | 7 | 70% | 13 | 68% | 9 | 42% | 3 | 33% |
| **Chapter 3 Adjustments** | | | | | | | | | | |
| §3A1.4 Terrorism Adjustment (12 levels, or increase to level 32) | 10 | 100% | 10 | 100% | 17 | 89% | 21 | 100% | 8 | 88% |
| §3B1.1 Aggravating Role Adjustment (2, 3, or 4 levels) | 1 | 10% | 0 | 0% | 2 | 10% | 2 | 9.5% | 0 | 0% |

Sources: *available at https://www.ussc.gov/topic/data-reports* - full tables are reproduced in Appendix B.
— 2024 Guideline Application Frequencies (July 2025) (Individual-Based)
— 2023 Guideline Application Frequencies (May 2024) (Individual-Based)
— 2022 Guideline Application Frequencies (July 2023) (Individual-Based)
— 2021 Guideline Application Frequencies (Sep. 2022) (Individual-Based)
— 2020 Guideline Application Frequencies (Apr. 2021) (Individual-Based)

Figure 1

## Sentenced Individuals in Each District

Fiscal Year 2020,2021,2022,2023,2024



The figure includes the 67 cases reported to the Commission. Cases missing information necessary to complete the analysis were excluded from this figure.

**FILTER:**

Fiscal Year: 2020,2021,2022,2023,2024; Circuit: All; State: All; District: All; Race: All; Gender: All; Age: All; Citizenship: All; Education: All; Crime Type: National Defense; Guideline: §2M5.3; Drug Type: All; Criminal History: VI; Career Offender Status: All

A-2

APPENDIX A

Figure 2



**Guilty Plea and Trial**
 Fiscal Year 2020,2021,2022,2023,2024

Trial 16.4%

Plea 83.6%

**Guilty Pleas and Trials by Type of Crime**
 Fiscal Year 2020,2021,2022,2023,2024

| Crime | Plea | | Trial | |
|---|---|---|---|---|
| | N | % | N | % |
| **Grand Total** | 56 | 83.6% | 11 | 16.4% |
| National Defense | 56 | 83.6% | 11 | 16.4% |

The figure includes the 67 cases reported to the Commission. Cases missing information necessary to complete the analysis were excluded from this figure.
**FILTER:**
Fiscal Year: 2020,2021,2022,2023,2024; Circuit: All; State: All; District: All; Race: All; Gender: All; Age: All; Citizenship: All; Education: All; Crime Type: All; Guideline: §2M5.3; Drug Type: All; Sentencing Zone: All; Criminal History: VI; Career Offender Status: All

Figure 3



**Distribution of Imprisonment Length**
Fiscal Year 2020,2021,2022,2023,2024

The figure includes the 67 cases reported to the Commission. Cases missing information necessary to complete the analysis were excluded from this figure.
**FILTER:**
Fiscal Year: 2020,2021,2022,2023,2024; Circuit: All; State: All; District: All; Race: All; Gender: All; Age: All; Citizenship: All; Education: All; Crime Type: All; Guideline: §2M5.3; Drug Type: All; Sentencing Zone: All; Criminal History: VI; Career Offender Status: All

Figure 4



**Average and Median Imprisonment Length**
Fiscal Year 2020,2021,2022,2023,2024

The figure includes the 67 cases reported to the Commission. Cases missing information necessary to complete the analysis were excluded from this figure. Sentences of 470 months or greater (including life) were included in the sentence average computations as 470 months. The information in this figure does not include probation or conditions of confinement as described in USSG §5C1.1.

**FILTER:**
Fiscal Year: 2020,2021,2022,2023,2024; Circuit: All; State: All; District: All; Race: All; Gender: All; Age: All; Citizenship: All; Education: All; Crime Type: All; Guideline: §2M5.3; Drug Type: All; Sentencing Zone: All; Criminal History: VI; Career Offender Status: All

Figure 5



Figure 6



Figure 7



**Distribution of Imprisonment Length**
Fiscal Year 2020,2021,2022,2023,2024

10 to less than 15 years 50.0%    5 to less than 10 years 50.0%

The figure includes the 4 cases reported to the Commission. Cases missing information necessary to complete the analysis were excluded from this figure.
**FILTER:**
Fiscal Year: 2020,2021,2022,2023,2024; Circuit: All; State: All; District: Illinois, Northern; Race: All; Gender: All; Age: All; Citizenship: All; Education: All; Crime Type: All; Guideline: §2M5.3; Drug Type: All; Sentencing Zone: All; Criminal History: VI; Career Offender Status: All