**Appendix B — Guideline Application Frequencies FY2020 through FY2024**

*Sources:* https://www.ussc.gov/topic/data-reports (filter for "Guidelines")

**USE OF GUIDELINES AND SPECIFIC OFFENSE CHARACTERISTICS**
**Offender Based**
**Fiscal Year 2020**

| Guideline and SOC | Applied | Percent |
|---|---|---|
| §2M3.9 Disclosure of Information Identifying a Covert Agent | 0 | 0.0 |
| (a)(1) Information disclosed by person with access to classified material identifying a covert agent (Base Offense Level 30) | 0 | 0.0 |
| (a)(2) Information disclosed by person with access to classified material (BOL 25) | 0 | 0.0 |
| No Specific Offense Characteristics for this guideline | NA | NA |
| §2M4.1 Failure to Register and Evasion of Military Service | 0 | 0.0 |
| Chapter 2 Specific Offense Characteristic Adjustments | 0 | 0.0 |
| (b)(1) Occurred by person being inducted for compulsory military service (6 levels) | 0 | 0.0 |
| §2M5.1 Evasion of Export Controls | 16 | 0.0 |
| (a)(1)(A) National security controls relating to the proliferation of nuclear, biological, or chemical weapons were evaded (Base offense level 26) | 9 | 56.3 |
| (a)(1)(B) Offense involved financial transactions with a country supporting terrorism (Base offense level 26) | 5 | 31.3 |
| (a)(2) Otherwise (Base offense level 14) | 2 | 12.5 |
| No Specific Offense Characteristics for this guideline | NA | NA |
| §2M5.2 Exportation of Arms/Munitions/Military Equipment without Validated Export License | 117 | 0.2 |
| (a)(1) Except as provided in (a)(2) (Base offense level 26) | 96 | 82.1 |
| (a)(2)(A) Involved only two or less non-fully automatic small arms (BOL 14) | 14 | 12.0 |
| (a)(2)(B) Involved only ammunition for non-fully automatic small arms, less than 500 rounds (Base Offense Level 14) | 5 | 4.3 |
| (a)(2)(C) Weapons and ammunition described in both (a)(2)(A) and (a)(2)(B) (BOL 14) | 2 | 1.7 |
| No Specific Offense Characteristics for this guideline | NA | NA |
| §2M5.3 Providing Material Support/Resources to Designated Foreign Terrorist Organizations | 10 | 0.0 |
| Chapter 2 Specific Offense Characteristic Adjustments | 9 | 90.0 |
| (b)(1)(A) Offense involved the provision of dangerous weapons (2 levels) | 2 | 20.0 |
| (b)(1)(B) Offense involved the provision of firearms (2 levels) | 1 | 10.0 |
| (b)(1)(C) Offense involved the provision of explosives (2 levels) | 0 | 0.0 |
| (b)(1)(D) Offense involved the provisions of funds to purchase (A)-(C) (2 levels) | 0 | 0.0 |
| (b)(1)(E) Offense involved the provisions of funds used with the intent to commit a violent act (2 levels) | 6 | 60.0 |

B-001

**CHAPTER 3 ADJUSTMENTS**
**Offender Based**
**Fiscal Year 2020**

| Guideline and Adjustment | Applied | Percent |
|---|---|---|
| §2M5.3 Providing Material Support/Resources to Designated Foreign Terrorist Organizations | 10 | 0.0 |
| §3A1.1(a) Hate Crime Adjustment (3 levels) | 0 | 0.0 |
| §3A1.1(b)(1)&(2) Vulnerable Victim Adjustment (2 or 4 levels) | 0 | 0.0 |
| §3A1.2 Official Victim Adjustment (3 or 6 levels) | 1 | 10.0 |
| §3A1.3 Restraint of Victim Adjustment (2 levels) | 0 | 0.0 |
| §3A1.4 Terrorism Adjustment (12 levels, or increase to level 32) | 10 | 100.0 |
| §3B1.1 Aggravating Role Adjustment (2, 3, or 4 levels) | 1 | 10.0 |
| §3B1.2 Mitigating Role Adjustment (2, 3, or 4 level decrease) | 0 | 0.0 |
| §3B1.3 Abuse of Position of Trust Adjustment (2 levels) | 0 | 0.0 |
| §3B1.4 Use of a Minor to Commit a Crime Adjustment (2 levels) | 0 | 0.0 |
| §3B1.5 Use of Body Armor in Drug Trafficking or Crimes of Violence (2 or 4 levels) | 0 | 0.0 |
| §3C1.1 Obstructing or Impeding the Administration of Justice Adjustment (2 levels) | 1 | 10.0 |
| §3C1.2 Reckless Endangerment During Flight (2 levels) | 0 | 0.0 |
| §3C1.3 Commission of Offense While on Release (3 levels) | 0 | 0.0 |
| §3C1.4 False Registration of Domain Name (2 levels) | 0 | 0.0 |
| §3E1.1 Acceptance of Responsibility (2 or 3 level decrease) | 8 | 80.0 |

B-002

**USE OF GUIDELINES AND SPECIFIC OFFENSE CHARACTERISTICS[1]**
**Guideline Calculation Based**
**Fiscal Year 2021**

| Guideline and SOC | Applied[2] | Percent[3] |
|---|---|---|
| §2M5.3 Providing Material Support or Resources to Designated Foreign Terrorist Organizations or Specially Designated Global Terrorists, or For a Terrorist Purpose | 10 | 0.0 |
| (a) Base offense level 26 | 10 | 100.0 |
| Chapter 2 Specific Offense Characteristic Adjustments | 7 | 70.0 |
| (b)(1)(A) Involved the provision of dangerous weapons (2 levels) | 0 | 0.0 |
| (b)(1)(B) Involved the provision of firearms (2 levels) | 0 | 0.0 |
| (b)(1)(C) Involved the provision of explosives (2 levels) | 0 | 0.0 |
| (b)(1)(D) Involved the provision of funds to be used to purchase dangerous weapons, firearms, or explosives (2 levels) | 0 | 0.0 |
| (b)(1)(E) Involved the provision of funds or other material support to commit a violent act (2 levels) | 7 | 70.0 |

B-003

**CHAPTER 3 ADJUSTMENTS**
**Offender Based**
**Fiscal Year 2021**

| Guideline and Adjustment | Applied | Percent |
|---|---|---|
| §2M5.3 Providing Material Support or Resources to Designated Foreign Terrorist Organizations or Specially Designated Global Terrorists, or For a Terrorist Purpose | 10 | 0.0 |
| §3A1.1(a) Hate Crime Adjustment | 0 | 0.0 |
| §3A1.1(b)(1)&(2) Vulnerable Victim Adjustment | 0 | 0.0 |
| §3A1.1(a),(b)(1)&(2) Hate Crime and Vulnerable Victim Adjustment | 0 | 0.0 |
| §3A1.2 Official Victim Adjustment | 0 | 0.0 |
| §3A1.3 Restraint of Victim Adjustment | 0 | 0.0 |
| §3A1.4 Terrorism Adjustment | 10 | 100.0 |
| §3B1.1 Aggravating Role Adjustment | 0 | 0.0 |
| §3B1.2 Mitigating Role Adjustment | 0 | 0.0 |
| §3B1.3 Abuse of Position of Trust Adjustment | 0 | 0.0 |
| §3B1.4 Use of a Minor to Commit a Crime Adjustment | 0 | 0.0 |
| §3B1.5 Use of Body Armor in Drug Trafficking or Crimes of Violence | 0 | 0.0 |
| §3C1.1 Obstructing or Impeding the Administration of Justice Adjustment | 1 | 10.0 |
| §3C1.2 Reckless Endangerment During Flight | 0 | 0.0 |
| §3C1.3 Commission of Offense While on Release | 0 | 0.0 |
| §3C1.4 False Registration of Domain Name | 0 | 0.0 |
| §3E1.1 Acceptance of Responsibility | 7 | 70.0 |

B-004

**USE OF GUIDELINES AND SPECIFIC OFFENSE CHARACTERISTICS**
**Offender Based**
**Fiscal Year 2022**

| Guideline and SOC | Applied | Percent |
|---|---|---|
| §2M5.3 Providing Material Support or Resources to Designated Foreign Terrorist Organizations or Specially Designated Global Terrorists, or For a Terrorist Purpose | 19 | 0.0 |
| (a) Base offense level 26 | 19 | 100.0 |
| Chapter 2 Specific Offense Characteristic Adjustments | 17 | 89.5 |
| (b)(1)(A) Involved the provision of dangerous weapons (2 levels) | 2 | 10.5 |
| (b)(1)(B) Involved the provision of firearms (2 levels) | 0 | 0.0 |
| (b)(1)(C) Involved the provision of explosives (2 levels) | 1 | 5.3 |
| (b)(1)(D) Involved the provision of funds to be used to purchase dangerous weapons, firearms, or explosives (2 levels) | 1 | 5.3 |
| (b)(1)(E) Involved the provision of funds or other material support to commit a violent act (2 levels) | 13 | 68.4 |

B-005

**CHAPTER 3 ADJUSTMENTS**
**Offender Based**
**Fiscal Year 2022**

| Guideline and Adjustment | Applied | Percent |
|---|---|---|
| §2M5.3 Providing Material Support or Resources to Designated Foreign Terrorist Organizations or Specially Designated Global Terrorists, or For a Terrorist Purpose | 19 | 0.0 |
| §3A1.1(a) Hate Crime Adjustment | 0 | 0.0 |
| §3A1.1(b)(1)&(2) Vulnerable Victim Adjustment | 0 | 0.0 |
| §3A1.1(a),(b)(1)&(2) Hate Crime and Vulnerable Victim Adjustment | 0 | 0.0 |
| §3A1.2 Official Victim Adjustment | 0 | 0.0 |
| §3A1.3 Restraint of Victim Adjustment | 0 | 0.0 |
| §3A1.4 Terrorism Adjustment | 17 | 89.5 |
| §3B1.1 Aggravating Role Adjustment | 2 | 10.5 |
| §3B1.2 Mitigating Role Adjustment | 0 | 0.0 |
| §3B1.3 Abuse of Position of Trust Adjustment | 0 | 0.0 |
| §3B1.4 Use of a Minor to Commit a Crime Adjustment | 0 | 0.0 |
| §3B1.5 Use of Body Armor in Drug Trafficking or Crimes of Violence | 0 | 0.0 |
| §3C1.1 Obstructing or Impeding the Administration of Justice Adjustment | 1 | 5.3 |
| §3C1.2 Reckless Endangerment During Flight | 0 | 0.0 |
| §3C1.3 Commission of Offense While on Release | 0 | 0.0 |
| §3C1.4 False Registration of Domain Name | 0 | 0.0 |
| §3E1.1 Acceptance of Responsibility | 15 | 78.9 |

B-006

**USE OF GUIDELINES AND SPECIFIC OFFENSE CHARACTERISTICS**
**Sentenced Individual Based**
**Fiscal Year 2023**

| Guideline and SOC | Applied | Percent |
|---|---|---|
| §2M5.3 Providing Material Support or Resources to Designated Foreign Terrorist Organizations or Specially Designated Global Terrorists, or For a Terrorist Purpose | 21 | 0.0 |
| (a) Base offense level 26 | 21 | 100.0 |
| Chapter 2 Specific Offense Characteristic Adjustments | 13 | 61.9 |
| (b)(1)(A) Involved the provision of dangerous weapons (2 levels) | 3 | 14.3 |
| (b)(1)(B) Involved the provision of firearms (2 levels) | 1 | 4.8 |
| (b)(1)(C) Involved the provision of explosives (2 levels) | 0 | 0.0 |
| (b)(1)(D) Involved the provision of funds to be used to purchase dangerous weapons, firearms, or explosives (2 levels) | 0 | 0.0 |
| (b)(1)(E) Involved the provision of funds or other material support to commit a violent act (2 levels) | 9 | 42.9 |

B-007

**CHAPTER 3 ADJUSTMENTS**
**Sentenced Individual Based**
**Fiscal Year 2023**

| Guideline and Adjustment | Applied | Percent |
|---|---|---|
| §2M5.3 Providing Material Support or Resources to Designated Foreign Terrorist Organizations or Specially Designated Global Terrorists, or For a Terrorist Purpose | 21 | 0.0 |
| §3A1.1(a) Hate Crime Adjustment | 0 | 0.0 |
| §3A1.1(b)(1)&(2) Vulnerable Victim Adjustment | 1 | 4.8 |
| §3A1.1(a),(b)(1)&(2) Hate Crime and Vulnerable Victim Adjustment | 0 | 0.0 |
| §3A1.2 Official Victim Adjustment | 0 | 0.0 |
| §3A1.3 Restraint of Victim Adjustment | 0 | 0.0 |
| §3A1.4 Terrorism Adjustment | 21 | 100.0 |
| §3B1.1 Aggravating Role Adjustment | 2 | 9.5 |
| §3B1.2 Mitigating Role Adjustment | 0 | 0.0 |
| §3B1.3 Abuse of Position of Trust Adjustment | 0 | 0.0 |
| §3B1.4 Use of a Minor to Commit a Crime Adjustment | 1 | 4.8 |
| §3B1.5 Use of Body Armor in Drug Trafficking or Crimes of Violence | 0 | 0.0 |
| §3C1.1 Obstructing or Impeding the Administration of Justice Adjustment | 0 | 0.0 |
| §3C1.2 Reckless Endangerment During Flight | 0 | 0.0 |
| §3C1.3 Commission of Offense While on Release | 0 | 0.0 |
| §3E1.1 Acceptance of Responsibility | 18 | 85.7 |

B-008

**USE OF GUIDELINES AND SPECIFIC OFFENSE CHARACTERISTICS**
**Sentenced Individual Based**
**Fiscal Year 2024**

| Guideline and SOC | Applied | Percent |
|---|---|---|
| §2M5.3 Providing Material Support or Resources to Designated Foreign Terrorist Organizations or Specially Designated Global Terrorists, or For a Terrorist Purpose | 9 | 0.0 |
| (a) Base offense level 26 | 9 | 100.0 |
| Chapter 2 Specific Offense Characteristic Adjustments | 5 | 55.6 |
| (b)(1)(A) Involved the provision of dangerous weapons (2 levels) | 2 | 22.2 |
| (b)(1)(B) Involved the provision of firearms (2 levels) | 0 | 0.0 |
| (b)(1)(C) Involved the provision of explosives (2 levels) | 0 | 0.0 |
| (b)(1)(D) Involved the provision of funds to be used to purchase dangerous weapons, firearms, or explosives (2 levels) | 0 | 0.0 |
| (b)(1)(E) Involved the provision of funds or other material support to commit a violent act (2 levels) | 3 | 33.3 |

B-009

**CHAPTER 3 ADJUSTMENTS**
**Sentenced Individual Based**
**Fiscal Year 2024**

| Guideline and Adjustment | Applied | Percent |
|---|---|---|
| §2M5.3 Providing Material Support or Resources to Designated Foreign Terrorist Organizations or Specially Designated Global Terrorists, or For a Terrorist Purpose | 9 | 0.0 |
| §3A1.1(a) Hate Crime Adjustment | 0 | 0.0 |
| §3A1.1(b)(1)&(2) Vulnerable Victim Adjustment | 0 | 0.0 |
| §3A1.1(a),(b)(1)&(2) Hate Crime and Vulnerable Victim Adjustment | 0 | 0.0 |
| §3A1.2 Official Victim Adjustment | 0 | 0.0 |
| §3A1.3 Restraint of Victim Adjustment | 0 | 0.0 |
| §3A1.4 Terrorism Adjustment | 8 | 88.9 |
| §3A1.5 Serious Human Rights Offense | 0 | 0.0 |
| §3B1.1 Aggravating Role Adjustment | 0 | 0.0 |
| §3B1.2 Mitigating Role Adjustment | 0 | 0.0 |
| §3B1.3 Abuse of Position of Trust Adjustment | 0 | 0.0 |
| §3B1.4 Use of a Minor to Commit a Crime Adjustment | 0 | 0.0 |
| §3B1.5 Use of Body Armor in Drug Trafficking or Crimes of Violence | 0 | 0.0 |
| §3C1.1 Obstructing or Impeding the Administration of Justice Adjustment | 0 | 0.0 |
| §3C1.2 Reckless Endangerment During Flight | 0 | 0.0 |
| §3C1.3 Commission of Offense While on Release | 0 | 0.0 |
| §3C1.4 False Registration of Domain Name | 0 | 0.0 |
| §3E1.1 Acceptance of Responsibility | 7 | 77.8 |

B-010