**Appendix C — Letters of Support**

**To whom it may concern,**

My name is Fathi Hassan, and I am the youngest brothers of Ashraf Alsafoo.

I am writing this letter to respectfully request that you show my brother, Ashraf, compassion, forgiveness, and benevolence in your decision.

Ashraf is the most honest, empathetic, considerate, and helpful person I've met in my life. He is a family man who works very hard to provide for his family.

Growing up, He was like a second father to me. I would go to him if I had any problems or questions at school or anywhere in general. From him, I learned many things, to be a strong, smart man, and to help others whenever I see someone who needs help. He made sure my brothers and I would all finish our homework and study hard for the exams. He cared for and loved all of us, and especially our mom. And so did she, since he is her oldest son and had helped her a lot with raising us. Growing up, I looked up to my brother Ashraf, and he is my role model.

Ashraf loves watching soccer matches, and he was a huge "Liverpool FC" fan and was always rooting for them to win the "UEFA Champions League". He also enjoys playing it, and he is good at it. Having a lot of brothers, it's always easy to split into teams and have a mini soccer match pretty much in any open field. But the best times are when we all gather for a family picnic, play soccer, and grill some kebobs and burgers. Ashraf was the Pitmaster.

He loves helping others, especially the elderly. Because he says, "someday we'll be old as well and would appreciate it if someone would help us". Every winter, he would buy blankets, jackets, gloves, and winter hats in bulk along with hot food prepared by our mother and pass them out to the homeless people in downtown Chicago and under the bridges by Lake Michigan. He didn't care how much it cost or how tiring and time-consuming it was because to him, the feeling of knowing that you might have helped another human being survive was much better.

I remember when we wanted to buy the new PlayStation, and it was black Friday, and after hours of searching and calling stores, we finally found a Target that was an hour away, that still had some in stock, so we quickly hopped in Ashraf's car and started driving toward the store. Right before we got to our exit, we noticed a broken-down car parked on the shoulder of the highway. Ashraf slowed down and parked to see if they needed help, and it was an old couple that had blown a tire and were stuck on the highway with no cell phone. Not only did Ashraf help install the spare tire, but he also made sure that they got back on the highway safely. Unfortunately, by the time we got there, the store was already closed, and we had to drive back home empty-handed. Neither my brothers nor I were upset, even though we were very excited to play the new FIFA game; we knew the importance of helping others.

I, along with our family, deeply hope to see him back with us again.

**Best regards,**

Fathi Hassan
Industrial Lasers Engineer

█████████

Canton, MI 48187
█████████

**Dear Judge,**

My name is *Mofak Hassan*, and I am the *father of Ashraf Alsafoo*. I have known my son since the day he was born.

I am writing this letter to respectfully request that you show my son, Ashraf, compassion, forgiveness, and benevolence in your decision.

Ashraf is kind, honest, and respectful to his mother, and he has always been a dedicated husband. He was not only a good son but also a good friend to me.

He left us only for one year to pursue his *M.Sc. degree from a university in Malaysia*. Other than that, he always lived with us. He regularly helped his mother, took responsibility for supporting his brothers in their education and studies, and was always the one my wife turned to when any issue arose in the family.

*Ashraf has always carried* our belongings—even if they were light—because he believes it is a sign of respect for parents, as is customary in our culture.

*Ashraf* has lived in several countries. He was born in Iraq in 1984. In 1985, we moved to Wales in the United Kingdom. In 1989, we returned to Iraq. In 1998, we left Iraq and lived in Libya and Yemen before settling in Jordan in 2000. Later, we immigrated to the United States. In all these countries, my son was never arrested and never joined any political or religious group.

When we were in Jordan, I was the manager of the Computer Center and the chair of the IT Department at *Al Hussein Bin Talal University.* Ashraf was one of my students. For four years (during his B.Sc. studies), his name was consistently on the university's Honor Roll.

He was very respectful toward all his professors. In his graduation project, he worked on Artificial Intelligence and was highly praised by the evaluation committee.

Ashraf now has a wife and three children, two girls and one boy. They often call me and ask, *"When will our father return to us?"* I try to avoid the question because I do not have an answer.

I, along with his mother, brothers, sister, wife, and children, deeply hope to see him back with us again. We kindly ask you to help bring him home.

**Best regards,**

Mofak Hassan / Professor in DePaul University.



**August 24, 2025**

## Your honor,

It is my honor to present to Your Honorable Court this character reference regarding *Mr. Ashraf Al Safoo*, who is currently detained in connection with Case.

I have known *Ashraf Al Safoo* personally for 15 years through relative relationships and friends at the same time, during this time, I have consistently observed his honesty, integrity, and commitment to helping others. He is known for his good manners, respect for everyone, and active participation in his community.

His reputation among his family, neighbors, and acquaintances has always been that of a peaceful, law-abiding individual who avoids any behavior that could cause harm or suspicion. He has always strived to contribute positively to society and maintained respectful and constructive relations with those around him.

I truly believe that the current situation is an isolated incident and does not reflect his true character. *Allowing him the opportunity to return to his family and community will greatly assist in his rehabilitation and enable him to continue his life as a responsible and productive member of society.*

I would also like to emphasize that *Ashraf Al Safoo* is the sole provider for his family, who depend entirely on him for their financial and emotional well-being. His absence has caused them significant hardship and distress, both materially and psychologically.

I respectfully place this reference before Your Honorable Court, with the hope that you will view his case with the compassion and sense of justice that we have always admired in our judiciary. May God grant you success in upholding justice and fairness.

With my highest respect and regards.

*Mohammad Thannoon Hadi,*

To: The Honorable Judge of the Court RE: Ashraf Al Safoo ,Date of Birth: May 18 1984

Your Honor,

My name is Hannien Mehdi Qassem Agha, and I am the mother of his children: Aisha (12), Mohammed (11), and Fatima (10). The children have spent eight years without their father. In the beginning, they went through very difficult days filled with fear, confusion, and questions about his absence. They are still at ages where the presence, guidance, and emotional support of a father play an important role in their development.

Over the years, they have experienced many important moments in their lives when they deeply wished their father could be there with them. They look at their relatives and friends' families, wishing that their father could be with them in their daily life— picking them up from school, taking them to the market, or playing hide and seek with them; he used to do all that and more. My daughter once said she wished her father could come pick her up from school, like the fathers of her friends do. My son has even told his cousins how lucky they are to live with both of their parents.

When they look at photos from when they were younger, they remember how kind he was with them—how he played with them, cared about their small daily matters, and took them for walks and simple family trips. He has always been a loving and responsible father who treated his children like a treasure.

In conclusion, my priority remains the emotional and psychological well-being of our children. I witness daily the profound impact of their father's absence on their lives. Therefore, I respectfully ask the Court to consider the importance of his presence in their development when making its decision. Thank you for your time and consideration.

Respectfully,

Hannien Mehdi Qassem Agha

Tel: █████████████

Email: ██████████████

**Letter of Support for My Son, Ashraf Alsafoo**

Your Honor,

My name is Sahar Alfaqheri, I am the mother of Ashraf Alsafoo. I am writing this letter with a heavy heart as a mother asking for mercy and compassion for my son.

Since he was a little boy, Ashraf was always responsible and mature. I never had to ask him for help, he would see what needed to be done and do it. He was always there for me and for his younger brothers, always putting his family first. I relied on him for everything. Even as a child he was kind, peaceful, and thoughtful. He never got angry, he always tried to understand and see the other side. He was the one who helped anyone in need.

When his brothers had school exams, Ashraf would stay up with them late into the night until they learned and did their best. He wanted them to succeed like he did. He was always top of his class, always with the best grades. His teachers loved him because he was smart, hardworking, and well-achieved.

Ashraf is not only a good son, but also a good brother, husband, father, and friend. Anyone who met him will tell you how humble, respectful, and charismatic he is. His younger brothers adore him and always look up to him. Even now, I go to him with my problems. He always listened to me and carried my burdens. Without Ashraf, I could not have raised all my children. He took a big weight off my shoulders.

His absence is very hard on all of us. Every day we feel the emptiness of his missing presence. The house feels quiet without him, and his children miss him dearly. When he calls them, the cry for him, longing to hear his voice and feel his love. He has always been a loving father, guiding them, protecting them, and supporting them in every way, and they need him back. I need him back too.

I believe with all my heart that Ashraf has changed for the better. He has always been a good man, kind and thoughtful, but now he has grown even more. He has learned, reflected, and become stronger, wiser, and even more compassionate. I have seen the changes in him, and I know he is ready to move forward with a new beginning.

We are ready to help him start his life again. We will give him a safe home, unconditional support, and everything he needs to succeed. We will stand by him through every challenge and help him rebuild, just as he has always been there for all of us.

As his mother, I promise I will do my hardest and most for him, just like he has always done for me, his brothers, and everyone in his life. I will be his strength, his comfort, and his guide, and I will never stop supporting him. We need him in our lives, and we are ready to help him shine again, with love, care, and everything he deserves.

I kindly ask you, from a mother's heart, to please give my son another chance. I know he will not fail us, and he will continue to be the good man he always was.

Thank you for your time and consideration

Sincerely,
Sahar Alfaqheri
Mother of Ashraf Alsafoo

# Letter of Support for My Elder Brother Ashraf Alsafoo's Release

## Advocating for Compassion and Understanding

Your honor,

This is Mustafa Hassan, the younger brother of Ashraf Alsafoo. I have known Ashraf my entire life. Ashraf has always taken care of us, his parents, brothers, and family since day one. Even now I still ask him for advice and recommendations in life.

I am writing this letter in honest support of my elder brother Ashraf release. It is with great respect and hope that I appeal to your sense of justice, compassion, and understanding as you review his case.

Ashraf came to the United States back in 2008, he immediately started working as a programmer at Avanade. Then he moved up to Motorola and finally to BlueBolt before his arrest. Looking at his career, it couldn't be any better. He set up the bases for us to come here as well in 2010. He helped us in every aspect of life matters from teaching us how to apply at schools and companies to where to buy groceries and do our laundry.  His guidance was invaluable, and we felt supported every step of the way.

Ashraf had set a great example for me by successfully finishing his bachelor's degree in information technology. He then secured a professional job at a well-known company. His diligent efforts at work earned him several promotions. He also took care of our parents by managing their medical appointments and finance, and he mentored myself and other younger brothers through their school years and careers. He got married, created a loving family, provided them with all he had, and did everything a good husband and father would emotionally and financially.

Ashraf has always been a pillar of our family, known for his kindness, responsibility, and solid support for those around him. Throughout his life, he has demonstrated a sincere commitment to helping others, and his absence has left a deep void in our daily lives. We deeply miss his guidance, and the positive influence he brings to everyone he meets.

During his time away, my brother has shown true change and willingness to make amends. He is illustrating his determination to return to society as a better and stronger individual. Our family fully supports his journey of self-improvement, and we stand ready to assist him in every way possible upon his return.

I have seen Ashraf change a lot for the better. He has already updated his resume, planned for a brighter future, and committed to supporting his wife and three kids. Ashraf has learned a lot in jail, which will tremendously help him to be better when he is released.

We believe that granting my brother's release would not only reunify our family but also provide him with the opportunity to contribute positively to our community once again. His release would allow him to resume his role as a son, a father, a sibling, and a friend, roles that he holds with deep responsibility and care.

I will personally mentor him and connect him to local resources to get him back on his feet. We can provide him with a safe place to live, reliable transportation, and create a concrete plan for employment.

I kindly ask you to consider all the progress he has made and the support system that excitedly awaits him outside. We have every confidence that he will continue to determine responsibility, humility, and dedication to his personal and social obligations.

Thank you for your time and thoughtful consideration.

Sincerely,

Mustafa Hassan

 Outlook

## Re: Letter for Sentencing of Ashraf Al-Safoo

**From** Aaron Shapiro ▮▮▮▮▮▮▮▮▮▮▮▮▮

**Date** Mon 7/21/2025 3:40 PM

**To** James <jgv@blainevanzant.com>

**Cc** Adrienne <alk@blainevanzant.com>

▮▮▮▮▮▮▮▮▮▮▮

**July 21, 2025**

RE: Letters of Support for Sentencing

**Dear Honorable [Judge's Full Name],**

My name is **Aaron M. Shapiro**, and I am writing in support of **Ashraf Al-Safoo**. I knew Ashraf personally from 2015 to 2017, during which time I interacted with him regularly in a professional setting.

During those two years, Ashraf left a lasting impression on me as a kind, respectful, and uplifting presence. He consistently treated others with courtesy and brought a positive spirit into the workplace. A small but memorable example of this was his frequent habit of bringing in **Firecakes Donuts** to share with his colleagues—an act that spoke volumes about his generosity and desire to foster camaraderie among those around him. He also connected with people over a shared love of hip-hop music, helping to build rapport and a sense of belonging.

Throughout my time with Ashraf, I never once felt unsafe or uncomfortable in his presence. On the contrary, he was someone whose calm and friendly demeanor made people feel at ease. I knew him to be honest, reliable, and thoughtful—traits that were evident in his day-to-day actions.

While I cannot speak to the legal aspects of the case before you, I can say with confidence that the Ashraf I knew was not someone who displayed aggression or harmful intent. Based on my experiences, I believe this situation does not reflect the character of the man I came to know during those years.

I respectfully ask that the Court consider Ashraf's full character and life contributions in your sentencing decision.

Very truly yours,

**Aaron M. Shapiro**

**Aaron Shapiro**

Please be advised, I'm currently no longer using ▮▮▮▮▮▮▮▮▮▮ make sure to respond via ▮▮▮▮▮▮▮▮▮ thank you.

Sent with Proton Mail secure email.